# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **Victoria Soboleski** <br> *Plaintiff* <br> v. <br> **TerrAscend Corp.** <br> *Defendant* | ) ) ) ) ) Civil Action No. 4:25-cv-11763-FKB-DRG ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to TerrAscend Corp. in Montgomery County, PA on June 13, 2025 at 12:45 pm at 357 South Gulph Road, ste 330, King of Prussia, PA 19406 by leaving the following documents with Carl Fenderson who as AR Manager is authorized by appointment or by law to receive service of process for TerrAscend Corp.

Summons In A Civil Action, Complaint, and Civil Cover Sheet

White Male, est. age 45-54, glasses: Y, Brown hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.0791771637,-75.3710331975
Photograph: See Exhibit 1

Standard Serve 357 South Gulph Road, ste 330, King of Prussia, PA 19406 1@$90.00=$90.00
Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in __Philadelphia County__, __PA__ on __6/16/2025__. | /s/ *Kimberly Mcmullin*<br>Signature<br>Kimberly Mcmullin<br>+1 (484) 319-1715 |

Exhibit 1a)





Exhibit 1b)

Exhibit 1c)

