UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>TERRASCEND CORP.,<br><br>    Defendant. | Case No.: 4:25-cv-11763-FKB-DRG<br><br>Hon. F. Kay Behm |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Under Federal Rule of Civil Procedure 6 and Local Rule 7.1(a), Plaintiff Victoria Soboleski moves this Court for a 30-day extension of time (through August 6, 2025) for Defendant Terrascend Corp. to answer or otherwise respond to the Complaint. Plaintiff states the following in support of this motion.

1. Plaintiff filed his Complaint on June 12, 2025. ECF 1. She served Defendant on June 13, 2025, and Defendant's responsive pleading deadline is July 7, 2025. ECF 3.

2. Defendant's counsel contacted the undersigned, explaining that his firm was recently retained in this matter and that they need additional time to (a) familiarize themselves with the facts and circumstances surrounding this dispute; (b) investigate Plaintiff's claims; and (c) potentially discuss early resolution of this matter. Defendant therefore requested a 30-day extension to its response deadline.

3. Plaintiff offered to file this motion on Defendant's behalf, allowing all parties to conserve costs and resources at this early juncture.

4. This is Defendant's first extension to respond to the Complaint and all parties consent to the relief sought.

5.  The requested extension is made in good faith and not intended to delay the ultimate resolution of this case.

For these reasons, Plaintiff respectfully requests that the Court grant a 30-day extension from the current deadline of July 7, 2025, for Defendant to answer or otherwise respond to the Complaint, up through and including August 6, 2025.

                                                Respectfully submitted,

                                                */s/ Anthony I. Paronich*
                                                Anthony I. Paronich
                                                Paronich Law, P.C.
                                                350 Lincoln Street, Suite 2400
                                                Hingham, MA 02043
                                                (508) 221-1510
                                                anthony@paronichlaw.com

Dated: July 5, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>TERRASCEND CORP.,<br><br>        Defendant. | Case No.: 4:25'cv-11763-FKB-DRG<br><br>Hon. F. Kay Behm |

**BRIEF IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

## **CONCISE STATEMENT OF ISSUES PRESENTED**

1. Whether this Court should enter an Order granting Defendant TerrAscend Corp. a thirty-day extension to respond to Plaintiff's Complaint?

    Plaintiff answers: Yes

    Defendant answers: Yes

## **CONTROLLING OR MOST APPROPRIATE AUTHORITY**

In support of its Motion for Extension of Time, Plaintiff Victoria Soboleski relies on Fed. R Civ. P. 6(b).

## BRIEF IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

In support of this Motion, Plaintiff relies on the facts and authority cited above. Plaintiff submits that good cause exists for the relief requested herein, as Defendant recently retained counsel and a brief extension will not delay this action, but instead will allow the parties to resolve these claims on the merits and potentially discuss an early resolution.

WHEREFORE, Plaintiff respectfully requests that the Court grant Defendant a 30-day extension from the current deadline of July 7, 2025, up through and including August 6, 2025.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Dated: July__, 2025

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July __, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

                     By: /s/_____