## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

VICTORIA SOBOLESKI, on behalf of
herself and others similarly situated,

        Plaintiff,

  v.

TERRASCEND CORP.,

        Defendant.

Case No.: 4:25-cv-11763-FKB-DRG
District Judge J. Kay Behm
Mag. Judge David R. Grand

## DEFENDANT TERRASCEND CORP.'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant TerrAscend Corp. hereby moves for judgment on the pleadings, asking the Court to dismiss the Complaint (see ECF No. 1, "Complaint") filed by Plaintiff Victoria Soboleski ("Plaintiff"), in its entirety and with prejudice, pursuant to Fed. R. Civ. P. 12(c). As explained in the memorandum in support, the TCPA's private action for the "do not call" claims Plaintiff asserts is explicitly limited to persons who receive "more than one telephone call." Because Plaintiff did not receive any telephone calls, she fails to state a claim.

Under Local Rule 7.1, the undersigned certifies that counsel for Defendant made reasonable and timely efforts to confer with counsel for Plaintiff regarding the grounds for this Motion and whether Plaintiff would concur with the relief sought herein prior to filing same, including an email sent on September 30, 2025. Plaintiff's counsel responded in writing the next day, indicating that she opposes this Motion.

Dated: October 3, 2025   Respectfully submitted,

        */s/ Ryan D. Watstein*
        Ryan D. Watstein
        Watstein Terepka LLP
        75 14th Street NE, Suite 2600
        Atlanta, Georgia 30309
        Tel: (404) 782-0695
        ryan@wtlaw.com

        *Counsel for Defendant*

## **ISSUES PRESENTED**

- Whether Plaintiff has adequately pled a claim for relief against TerrAscend under the TCPA's private action, 47 U.S.C. § 227(c)(5). TerrAscend answers: No.

## **CONTROLLING OR MOST APPROPRIATE AUTHORITIES**

- *Loper Bright Enters. v. Raimondo,* 603 U.S. 369 (2024)

- *McLaughlin Chiropractic Associates. v. McKesson Corp.,* 606 U.S. 146 (2025)

- *Jones v. Blackstone Med. Servs., LLC*, 2025 WL 2042764 (C.D. Ill. July 21, 2025)

- *Davis v. CVS Pharmacy, Inc.*, 2025 WL 2491195 (N.D. Fla. Aug. 26, 2025)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 3, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

By: <u>/s/ <i>Ryan D. Watstein</i></u>
Ryan D. Watstein
