AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| VICTORIA SOBOLESKI, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:25-cv-11763-FKB-DRG |
| TERRASCEND CORP., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant TerrAscend Corp.

Date:  October 7, 2025

/s/ Patrick J. Fitzgerald
*Attorney's signature*

Patrick J. Fitzgerald / SBN 1022508
*Printed name and bar number*
Watstein Terepka, LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309

*Address*

pfitzgerald@wtlaw.com
*E-mail address*

404-400-3382
*Telephone number*

*FAX number*

Print     Save As...     Reset