**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| VICTORIA SOBOLESKI,<br>*on behalf of herself and*<br>*others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>TERRASCEND CORP.<br><br>    Defendant. | Civil Action No.: 4:25-cv-11763<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for a thirty (30) day extension of time to file his response to Defendant's Motion for Judgment on the Pleadings (ECF No. 9). In support, Plaintiff states as follows:

1. On October 3, 2025, Defendant filed its Motion for Judgment on the Pleadings.

2. Pursuant to Local Rule 7.1(e)(1)(B) of this Court, Plaintiff's response is presently due October 17, 2025 (14 days after service).

3. Plaintiff requests an additional thirty (30) days, up to and including November 17, 2025, to file his response.

4. The requested extension is necessary to allow counsel sufficient time to review the motion, consult with Plaintiff, and prepare a thorough response.

5. Counsel for Defendant has indicated that Defendant does not oppose the relief requested herein.

6. This request is made in good faith and not for purposes of delay, and no party will be

1

prejudiced by the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion for Extension of Time and extend Plaintiff's deadline to respond to Defendant's Motion for Judgment on the Pleadings to November 17, 2025.

Dated: October 13, 2025         PLAINTIFF, on behalf of herself
                                and others similarly situated,

                                */s/ Anthony I. Paronich*
                                Anthony I. Paronich
                                Paronich Law, P.C.
                                350 Lincoln Street, Suite 2400
                                Hingham, MA 02043
                                (508) 221-1510
                                anthony@paronichlaw.com