UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated, | Case No. 4:25-cv-11763-FKB-DRG |
| Plaintiff, | Hon. F. Kay Behm |
| v. | Magistrate Judge David R. Grand |
| TERRASCEND CORP. | |
| Defendant. _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    /s/ George T. Blackmore
    By: George T. Blackmore (P76942)
    1100 Owendale Drive
    Suite M
    Troy, MI 48083
    Phone: (888) 835-2993
    george@blackmore.law
    *Local Counsel for Plaintiff and the proposed class*

Dated: October 21, 2025

1

## **CERTIFICATE OF SERVICE**

I certify that on October 21, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

                        /s/ George T. Blackmore
                        George T. Blackmore