# Exhibit A

Last Visited: November 17, 2025
*Soboleski v. TerrAscend Corp.*, No. 4:25-cv-11763-FKB-DRG



In 1991
PageNet celebrated its
tenth anniversary.
And at year-end.
PageNet had 1,281,643
pagers in service
helping our
mobile society
in 21 states and
the District of Columbia
stay in touch
across the country or
around the block.

Howard Ross Libr
of Manageme

NOV 2 9 1993

Annual Rep
McGILL UNIVE

## About the Company

Paging Network, Inc. (PageNet) is the largest and fastest growing major provider of paging services in the United States.

Its operating cash flow, the key performance measure in the paging industry, and operating cash flow margins are among the best in the industry.

PageNet has achieved this distinction by providing service to selected major metropolitan areas and aggressively pricing its services at rates generally below the competition. With its state-of-the-art, high-quality transmission systems, PageNet can maintain a low cost structure while providing excellent customer service at a reasonable price.

PageNet's common stock began trading publicly in October 1991.

## Contents

| | |
|---|---|
| Financial Highlights | 1 |
| To Our Stockholders | 3 |
| Review of Operations | 6 |
| Summary of Selected Financial Data | 16 |
| Management's Discussion and Analysis | 17 |
| Consolidated Statements of Operations | 21 |
| Consolidated Balance Sheets | 22 |
| Consolidated Statements of Cash Flows | 23 |
| Consolidated Statements of Stockholders' Equity (Deficit) | 24 |
| Notes to Consolidated Financial Statements | 24 |
| Report of Independent Auditors | 30 |
| Board of Directors/Officers | 31 |
| Directory of Operations | 32 |
| Stockholder Information | 33 |

one of PageNet's computerized paging terminals, the company transmits a radio signal to the subscriber's pocket-sized radio receiver. The signal causes the pager to beep or vibrate and, with certain products, provide the subscriber with additional information from the caller.

## PageNet Offers Array of Services

The company offers four basic types of paging service – digital display, tone-only, tone-plus-voice and alphanumeric display. Ninety-two percent of PageNet's pagers in service, however, are digital display. With a digital display, the caller can transmit a numeric message such as a telephone or account number to the subscriber.

Subscribers can receive local, regional or nationwide paging service from PageNet. In fact, PageNet is the only paging company that has the capability within its own facilities of providing those options. Other companies either do not offer these paging coverage options or contract with a third-party to provide them.

■ "Subscribers can receive local, regional or nationwide paging service from PageNet."

In addition to paging services, the company provides voice messaging and personalized and automated answering services, marketed under the names PageMail® or PageMail Box℠. With these services when a caller reaches the subscriber's pager number, a message recorded in the subscriber's voice is heard. The caller has the option of inputting a numeric message or recording a voice message. Numeric messages appear on the pager immediately. Notification of a voice message also occurs immediately, and the subscriber can retrieve the message from a touch-tone phone.

The company's SurePage™ service is a paging package that includes a digital