**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,** | Case No. 4:25-cv-11763-FKB-DRG |
| *Plaintiff*, | Hon. F. Kay Behm |
| v. | |
| **TERRASCEND CORP.,** | |
| *Defendant*. | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE ENTER the Appearance of Matthew R. Cassar of Dykema Gossett

PLLC as local counsel on behalf of Defendant TerrAscend Corp., in the above-

captioned matter.

Please direct all future pleadings, notices and correspondence accordingly.

          Respectfully submitted,

          */s/ Matthew R. Cassar*
          John W. Fraser (P79908)
          Matthew R. Cassar (P83663)
          DYKEMA GOSSETT PLLC
          777 Woodward Ave., Suite 400
          Detroit, MI 48226-3536
          (313) 568-6710
          JWFraser@dykema.com
Dated:  December 4, 2025     MCassar@dykema.com
          *Attorney for TerrAscend Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, my assistant caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

By: /s/ *Matthew R. Cassar*
Matthew R. Cassar (P83663)

Dated: December 4, 2025

019956.000999 4903-2835-1358.1