# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TERRASCEND CORP.,**<br><br>*Defendant*. | Case No. 4:25-cv-11763-FKB-DRG<br><br>Hon. F. Kay Behm |

## NOTICE OF APPEARANCE

PLEASE ENTER the Appearance of John W. Fraser of Dykema Gossett PLLC as local counsel on behalf of Defendant TerrAscend Corp., in the above-captioned matter.

Please direct all future pleadings, notices and correspondence accordingly.

                                                Respectfully submitted,

Dated: December 5, 2025

                                                */s/ John W. Fraser*
John W. Fraser (P79908)
Matthew Cassar (P83663)
DYKEMA GOSSETT PLLC
201 Townsend St., Suite 900
Lansing, MI 48933
(517) 374-9140
JWFraser@dykema.com
MCassar@dykema.com
*Attorney for TerrAscend Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, my assistant caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

Dated: December 5, 2025

By: /s/ *John W. Fraser*
John W. Fraser (P79908)