UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>TERRASCEND CORP.,<br><br>　　　　　Defendant. | Case No.: 4:25-cv-11763-FKB-DRG<br><br>Hon. F. Kay Behm |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS**

Under Federal Rule of Civil Procedure 6 and Local Rule 7.1(a), Defendant TerrAscend Corp. moves this Court for a 7-day extension of time (through December 22, 2025) for Defendant to file its Reply in Support of Its Motion for Judgment on the Pleadings. Defendant states the following in support of this motion.

1. Defendant filed its Motion for Judgment on the Pleadings on October 3, 2025. ECF 9.

2. Pursuant to Plaintiff's unopposed motion, the Court extended that deadline until November 17, 2025. ECF 5.

3. Plaintiff filed her response, and Defendant's reply was due November 24, 2025. ECF 14.

4. The Court then set Defendant's reply deadline to December 15, 2025. ECF 15.

5. However, last week, Defendant's counsel primarily responsible for briefing this issue had to take his son to the emergency room due to a broken collarbone, and was unable to focus on Defendant's reply.

1

      6.      Defendant therefore asks the Court to extend its deadline to file a reply brief until December 22, 2025.

      7.      Defendant consulted with Plaintiff's counsel, who indicated he does not oppose the relief requested.

      8.      The requested extension is made in good faith and not intended to delay the ultimate resolution of this case.

For these reasons, Defendant respectfully requests that the Court grant a 7-day extension from the current deadline of December 15, 2025, for Defendant to file its reply to Motion for Judgment on the Pleadings, up through and including **December 22, 2025**.

Dated: December 8, 2025

Respectfully submitted,

*/s/ Ryan D. Watstein*
Ryan D. Watstein
Patrick Fitzgerald
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Tel: (404) 782-0695
ryan@wtlaw.com
pfitzgerald@wtlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

By: /s/ <i>Ryan D. Watstein</i><br>
Ryan D. Watstein