**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>TERRASCEND CORP.,<br><br>    Defendant. | Case No.: 4:25-cv-11763-FKB-DRG<br><br>Hon. F. Kay Behm |

**<u>UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

  Defendant TerrAscend Corp. ("Defendant"), pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.1(d) of the Eastern District of Michigan, respectfully moves this Court for leave to exceed the applicable page limitation for its Reply in Support of its Motion for Judgment on the Pleadings. In support of this Motion, Defendant states as follows:

  1. On October 1, 2025, Defendant filed its motion for judgment on the pleadings, supported by an 11-page memorandum addressing the scope of 47 U.S.C. § 227(c)(5).

  2. Plaintiff's response, filed on November 17, 2025, is 25 pages.

  3. Defendant seeks leave to file a reply brief not to exceed 12 pages, which exceeds the seven-page limit set forth in Local Rule 7.1(d).

1

4.     Defendant has made every effort to limit its reply to comply with the Court's rule. However, Plaintiff's opposition brief raises numerous, distinct arguments concerning statutory text, statutory structure, agency authority, interpretive canons, and the impact of recent Supreme Court precedent. Defendant must respond to these issues to assist the Court in resolving the motion.

5.     The requested additional pages are necessary to respond to those arguments in an organized and efficient manner and to ensure that Defendant's reply is complete, accurate, and helpful to the Court's resolution of the statutory interpretation question presented.

6.     Defendant conferred with Plaintiff's counsel regarding this request, and Plaintiff has indicated that Plaintiff **does not oppose** the relief requested.

7.     This request is made in good faith and not for purposes of delay.

For these reasons, Defendant asks the Court grant leave for Defendant to file a reply brief not to exceed **12 pages** in support of its Motion for Judgment on the Pleadings.

[signature on following page]

Dated: December 22, 2025                    Respectfully submitted,

/s/ *Ryan D. Watstein*
Ryan D. Watstein
Patrick Fitzgerald
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Tel: (404) 782-0695
ryan@wtlaw.com
pfitzgerald@wtlaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

By: /s/ *Ryan D. Watstein*
Ryan D. Watstein
