UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Victoria Soboleski,

                    Plaintiff(s),

v.                                              Case No. 4:25−cv−11763−FKB−DRG
                                                Hon. F. Kay Behm
TerrAscend Corp.,

                    Defendant(s),

---

### NOTICE OF REMOTE MOTION HEARING

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge
F. Kay Behm for the following motion(s):

        Motion for Judgment – #9


   • MOTION HEARING:  April 29, 2026 at 02:00 PM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** 669−254−5252
**MEETING ID:**      161 308 4074


    Attorneys and parties required to attend the hearing will be sent connection information in a
separate email.

                                    By: s/Kourtney E Collins
                                        Case Manager

Dated:  March 11, 2026