# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

VICTORIA SOBOLESKI, *individually and on behalf of all others similarly situated*,

        Plaintiff,

    v.

TERRASCEND CORP.,

        Defendant.

Case No. 4:25-cv-11763-FKB-DRG
Hon. District Judge J. Kay Behm
Hon. Magistrate Judge David R. Grand

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Jessica E. Garland of Gupta Wessler LLP as local counsel on behalf of plaintiff Victoria Soboleski, in the above-captioned matter. Please direct all future pleadings, notice and correspondence to the below address:

    Jessica E. Garland
    Gupta Wessler LLP
    2001 K Street NW
    Suite 850 North
    Washington, DC 20006
    Tel: 202-888-1741
    Email: jessie@guptawessler.com

Dated: April 2, 2026

Respectfully submitted,

*/s/ Jessica E. Garland*
Jessica E. Garland

1

**GUPTA WESSLER LLP**
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*jessie@guptawessler.com*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Jessica E. Garland, certify that on April 2, 2026, I filed a notice of appearance with the Clerk of the Court using its CM/ECF system, which will automatically send electronic notification of this filing to all attorneys of record in this action

*/s/ Jessica E. Garland*
Jessica E. Garland