# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Victoria Soboleski,

                    Plaintiff(s),

v.                                       Case No. 4:25−cv−11763−FKB−DRG

                                       Hon. F. Kay Behm

TerrAscend Corp.,

                    Defendant(s),

_____

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge F. Kay Behm as follows:

- STATUS CONFERENCE:  April 22, 2026 at 01:00 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                     By: s/Kourtney E Collins

                                         Case Manager

Dated:  April 13, 2026