UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA SOBOLESKI,                               Case No. 25-11763

      Plaintiff,                                  F. Kay Behm
v.                                                United States District Judge

TERRASCEND CORP.,

      Defendant.
_____/

<u>ORDER STAYING CASE</u>

Currently before the court is Defendant's request that this matter be stayed pending a decision from the Sixth Circuit Court of Appeals in Stockdale. v¡.Skymount.Property.Grp¡, No. 26-3267 (6th Cir.).  Plaintiff opposes the request to stay.  After considering the positions of the parties, the court will GRANT the request to stay this matter pending a decision from the Sixth Circuit in Stockdale.  Defendant's counsel will provide a written status update regarding the mediation taking place on Friday April 24, 2026 in the Stockdale matter by May 1, 2026.  The parties will provide a written status update regarding the Stockdale appeal every 90 days thereafter.  This matter is

1

STAYED until further order of the court.

SO ORDERED.

Date:  April 22, 2026                    s/F. Kay Behm
                                         F. Kay Behm
                                         United States District Judge