**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VICTORIA SOBOLESKI, on behalf of
herself and others similarly situated,

    Plaintiff,

  v.

TERRASCEND CORP.,

    Defendant.

Case No.: 4:25-cv-11763-FKB-DRG

District Judge F. Kay Behm

**DEFENDANT TERRASCEND CORP.'S STATUS UPDATE**
**REGARDING MEDIATION**

Pursuant to the Court's April 22, 2026 Order, Defendant TerrAscend Corp. submits this written status update regarding the mediation in *Stockdale v. Skymount Property Group*, Appeal No. 26-3267 (6th Cir. April 2, 2026) (the "*Stockdale* Appeal"). ECF No. 31. Mediation did not result in a settlement, and the *Stockdale* Appeal will proceed. Pursuant to the Order, the parties will provide a written status report regarding the *Stockdale* Appeal in 90 days.

Dated: April 30, 2026

Respectfully submitted,

*/s/ Ryan D. Watstein*
Ryan D. Watstein
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Tel: (404) 782-0695
ryan@wtlaw.com

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

By: /s/ *Ryan D. Watstein*
Ryan D. Watstein