**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

VICTORIA SOBOLESKI, on behalf of
herself and others similarly situated,

                Plaintiff,

    v.

TERRASCEND CORP.,

                Defendant.

Case No.: 4:25-cv-11763-FKB-DRG

District Judge F. Kay Behm

## JOINT STATUS REPORT

Plaintiff Victoria Soboleski and Defendant Terrascend Corp. submit this Joint Status Report to advise the Court that the appeal in *Stockdale v. Skymount Property Group, LLC*, No. 26-3267 (6th Cir.) ("Stockdale Appeal") has been resolved. The parties state as follows:

1. This action was stayed pending the Sixth Circuit's resolution of the *Stockdale* Appeal. ECF No. 31.

2. On June 5, 2026, Kristi Stockdale, the plaintiff-appellant, voluntarily dismissed her own appeal filed in *Stockdale.* Plaintiff did not dismiss as the result of a settlement between the parties— she declined to pursue the appeal after hearing oral argument from the Seventh Circuit on the same issue. The Sixth Circuit subsequently dismissed the *Stockdale* appeal pursuant to the parties' Federal Rule of

1

Appellate Procedure 42(b) stipulation the same day, before briefing and before the issuance of any opinion.

3. A true and correct copy of the Sixth Circuit's dismissal order is attached as Exhibit A.

4. The *Stockdale* Appeal is therefore resolved.

5. Defendant's Motion for Judgment on the Pleadings (ECF No. 9) was fully briefed and pending before the Court when the stay was entered. With the *Stockdale* Appeal now resolved, that motion is ripe for the Court's consideration.

6. The parties respectfully request that the Court reset the hearing on the fully briefed Motion for Judgment on the Pleadings at the Court's earliest convenience.

Dated: June 26, 2026

| | |
|---|---|
| */s/ Anthony I. Paronich\** | */s/ Ryan D. Watstein* |
| Anthony I. Paronich | Ryan D. Watstein |
| PARONICH LAW, P.C. | WATSTEIN TEREPKA, LLP |
| 350 Lincoln Street, Suite 2400 | 75 14th Street NE, Suite 2600 |
| Hingham, MA 02043 | Atlanta, Georgia 30309 |
| Telephone: (617) 485-0018 | (404) 782-0695 |
| Fax: (508) 318-8100 | ryan@wtlaw.com |
| anthony@paronichlaw.com | |
| | *Counsel for Defendant* |
| \* With express permission by Anthony I. Parolich | |

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

By: */s/ Ryan D. Watstein*
Ryan D. Watstein