**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

VICTORIA SOBOLESKI,                          )
*on behalf of herself and*                   )        Civil Action No.: 4:25-cv-11763
*others similarly situated*,                 )
                                             )
       Plaintiff,                        )
                                             )
v.                                           )
                                             )
TERRASCEND CORP.                             )
                                             )
       Defendant.                        )
_____       )

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P.

41(a) with each party to bear its own costs and fees.


Respectfully Submitted,

Dated: July 14, 2026

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*

1